BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

   160 Spear Street, Ste. 800
   San Francisco, CA 94105
   Telephone: (415) 977-8938
   Facsimile: (415) 744-0134
   Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH MICHELLE BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:14-CV-01071-CKD<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

    The parties stipulate and agree, subject to the Court's approval, that the time for Defendant to file a Cross-Motion for Summary Judgment from DECEMBER 17, 2014 to JANUARY 17, 2015.  This stipulation is necessary because counsel for Defendant's Counsel has a backlog of cases due in part to his absence from the office both for leave

and illness.  Additionally, Defendant's counsel is litigating and overseeing several bankruptcy adversary proceedings.  Defendant's counsel needs additional time to review this case and to prepare a response.  This is Defendant's first request for an extension.  The parties request this extension in good faith, with no intent to prolong proceedings unduly.  Defendant apologizes for any inconvenience caused by this delay.

Dated: DECEMBER 15, 2015      */s/  Joseph C. Fraulob*
                              (email authorization)
                              JOSEPH C. FRAULOB
                              Attorney for Plaintiff

Dated: DECEMBER 15, 2015      BENJAMIN B. WAGNER
                              United States Attorney
                              THEOPHOUS H. REAGANS


                       By:    */s/ Theophous H. Reagans*
                              THEOPHOUS H. REAGANS
                              Special Assistant United States Attorney
                              Attorneys for Defendant

**ORDER**

    APPROVED AND SO ORDERED.

Dated:  December 17, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE