BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

160 Spear Street, Ste. 800
San Francisco, CA 94105
Telephone: (415) 977-8938
Facsimile: (415) 744-0134
Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH MICHELLE BARNES, <br><br>        Plaintiff, <br><br>    v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social <br> Security, <br><br>        Defendant. | ) No. 2:14-CV-01071-CKD <br> ) <br> ) STIPULATION TO EXTEND <br> ) BRIEFING SCHEDULE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

    The parties stipulate and agree, subject to the Court's approval, that the time for
Defendant to file a Cross-Motion for Summary Judgment to February 17, 2015.  This
stipulation is necessary because Defendant needs additional time to review the
defensibility of this case.   This is Defendant's second request for an extension.  The

1  parties request this extension in good faith, with no intent to prolong proceedings unduly.

2  Defendant apologizes for any inconvenience caused by this delay.

3

4  Dated: JANUARY 16, 2015                     */s/  Joseph C. Fraulob*
                                               (telephone authorization)
5                                              JOSEPH C. FRAULOB
6                                              Attorney for Plaintiff

7

8  Dated: JANUARY 16, 2015                     BENJAMIN B. WAGNER
                                               United States Attorney
9                                              THEOPHOUS H. REAGANS
10

11

12                                  By:    */s/ Theophous H. Reagans*
13                                         THEOPHOUS H. REAGANS
                                           Special Assistant United States Attorney
14                                         Attorneys for Defendant
15

16

17  **<u>ORDER</u>**

18

19        APPROVED AND SO ORDERED.

20

21

22

23  Dated:  January 20, 2015

24                                         _____
                                           CAROLYN K. DELANEY
25                                         UNITED STATES MAGISTRATE JUDGE
26

27

28