BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Ste. 800
    San Francisco, CA 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarah Michelle Barnes,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant.<br>_____ | No. 2:14-CV-01071-CKD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the above-referenced case be remanded to the Commission of Social Security for further administrative proceedings, pursuant to sentence four of 42 U.S.C. section 405(g).

    On remand, the Appeals Council will instruct the Administrative Law Judge to take the following action:

    1) Further develop the record to reconcile the discrepancy between the ALJ's findings and the record that appears to rebut the presumption of continuing nondisability;

2) Make findings consistent with the sequential evaluation process, if warranted; and

3) Otherwise develop the record as needed.

Respectfully submitted,

Dated: February 18, 2015

*/s/ Joseph C. Fraulob*
(email authorization)
JOSEPH C. FRAULOB
Attorney for Plaintiff

Dated: February 18, 2015

BENJAMIN B. WAGNER
United States Attorney
THEOPHOUS H. REAGANS

By:   */s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated: February 20, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE